428 A.2d 247

Commonwealth v. Hill, Appellant.

Argued December 6, 1979. Abraham Leizerowski, for appellant; Lisa Rappaport, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.